CORBETT LAW FIRM LLC
303 Walnut Avenue
Evesham, New Jersey 08053
856-767-0910
By John E. Corbett, Atty. No. JC6036
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ED-GEL, LLC** ET AL<br>plaintiffs,<br>v.<br><br>**WELLS PHARMACY NETWORK, LLC ET AL**<br>defendants. | Hon. Joseph H. Rodriguez<br><br>CIVIL ACTION<br><br>Case 1:12-cv-07292-JHR-AMD |

# DECLARATION OF SERVICE OF PROCESS ON BURKLOW DEVELOPMENT, INC.; STEPHEN ALLEN BURKLOW; AND WILLIAM DARIAN CHANDLER

The undersigned attorney for plaintiff hereby declares under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that the annexed proofs and return of service of process upon **Burklow Development, Inc.; Stephen Allen Burklow;** and **William Darian Chandler** are true and complete copies of documents bearing the original signatures of the affiants therein and that a copy of the original documents will be retained for production in accordance with the rules of this court. I DECLARE under penalty of perjury that the foregoing is true and correct.

THE CORBETT LAW FIRM
Attorney for Plaintiffs

Date: May 13, 2013

/s/ John E. Corbett
JOHN E. CORBETT, ESQ.